```
                    FILED
            CLERK, U.S. DISTRICT COURT

                  JUL 14 2008

            CENTRAL DISTRICT OF CALIFORNIA
            BY                       DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON SAUNDERS,<br><br>        Petitioner,<br><br>    v.<br><br>KEN CLARK, Warden,<br><br>        Respondent. | Case No. CV 07-8104-JSL (JTL)<br><br>**J U D G M E N T** |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: July 14, 2008

*Spencer Letts*
J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE